BEFORE THE FIRST DIVISION, SEPTEMBER 17, 1964

**No. 68771.**—Dingelstedt & Co. et al. *v.* United States, protests 62/14997, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

**No. 68772.**—Keuffel & Esser Co. *v.* United States, protests 62/17912, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the items of merchandise are, in fact, Azo salts, the claim of the plaintiff was sustained.